

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-13-00191-CV
_____

IN RE: ANASTACIO VASQUEZ, RELATOR

September 3, 2013

## ON ORIGINAL PROCEEDING FOR WRIT OF MANDAMUS

**Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.**

Pending before the court is Anastacio Vasquez' application for writ of mandamus to compel the "Hon. Judge Green to rule on his Due Course of Law Complaint." We deny the application.[1]

Relator has not filed a record or an appendix with his application. In an original mandamus proceeding, the petition must be accompanied by a certified or sworn copy of every document that is material to a relator's claim for relief and that was filed in any underlying proceeding. *See* TEX. R. APP. P. 52.7(a)(1). Furthermore, a relator's burden on mandamus includes meeting the requirement that "[e]very statement of fact in the petition [is] supported by citation to competent evidence included in the appendix or

---

[1]On June 21, 2013, this court requested the respondent to file a response to relator's application by July 15, 2013. To date, respondent has not filed a response with this court.

record." TEX. R. APP. P. 52.3(g). In short, a relator must supply a record sufficient to establish the right to mandamus relief. *Walker v. Packer,* 827 S.W.2d 833, 837 (Tex. 1992). Relator has not done so, therefore, we are unable to determine whether he is entitled to mandamus relief.

Accordingly, we deny the application for a writ of mandamus.


Per Curiam